UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                      Plaintiffs,   : Civil Action No. 11CV6398(LTS)(GWG)

      -against-           : <u>AFFIDAVIT OF SERVICE</u>

FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES DEPARTMENT OF JUSTICE,

                      Defendants. :

------------------------------------------------------------------x

     ALLEN F. HEALY, being duly sworn, deposes and says

     1.     I am not a party to this action, am over the age of eighteen years and reside in Bronx, New York.

     2.     On September 27, 2011, at approximately 1:50 pm, I served, by mail, a true copy of the Initial Conference Order, upon the following:

United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535

United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

     3.     Service was made by enclosing true copies of the aforementioned documents, in a properly addressed wrapper and by delivering it to the United States Post Office located inside the Port Authority, which is an official depository under the exclusive care and

custody of the United States Postal Service within the State of New York.

*Allen F. Healy*

ALLEN F. HEALY
Process Server's License # 0921311

Sworn to before me this
27th day of September, 2011.

_____
Notary Public

ANTHONY LOPEZ
Notary Public, State of New York
No. 6015568
Qualified in New York County
Commission Expires Nov. 02, 2014