UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X    AFFIDAVIT OF SERVICE
AMERICAN CIVIL LIBERTIES UNION,                                    Civil Action No. 11-CV-6398(LTS)(GWG)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,
                              Plaintiffs,

    - against -

FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES DEPARTMENT OF JUSTICE,

                              Defendants.
--------------------------------------------------------------X
District of Columbia      )
                          ) ss.:
                          )

      Lorenzo Kenerson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the District of Columbia.

      On September 16, 2011, at approximately 12:59 pm, at 950 Pennsylvania Ave NW, Washington, DC 20530, Deponent served the within Summons in a Civil Action, Complaint for Injunctive Relief, Individual Practices of Judge Laura Taylor Swain, Individual Practices of Magistrate Judge Gabriel W. Gorenstein and the Electronic Case Filing Rules and Instructions, upon: United States Department of Justice, by delivering to and leaving with Steffon Edmonds a true and correct copy of said documents.

      At the time of said service, Steffon Edmonds stated that he was the designated individual and is duly authorized to accept service of legal documents behalf of United States Department of Justice.

      Steffon Edmonds is described as a Black male, approximately 30-35 years of age, 159-165 lbs., 5'9" tall, has brown eyes and black hair.

                                                               Lorenzo Kenerson

Sworn to before me this
26th day of September, 2011

Notary Public

Kirk A. Hornbeck
Notary Public, District of Columbia
My Commission Expires 10/31/2014