UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                                 Plaintiffs,

    - against -

FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES DEPARTMENT OF JUSTICE,

                                Defendants.
-----------------------------------------------------------------X

AFFIDAVIT OF SERVICE
CASE # 11-cv-6398(LTS)(GWG)

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF QUEENS   )

    Daymonia Ramsay, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On September 15, 2011, at approximately 1:00 pm, at the offices of the United States Attorney for the Southern District of New York, Civil Division, 86 Chambers Street, 3rd Floor, New York, NY 10007, Deponent served the within Summons in a Civil Action, Complaint for Injunctive Relief, Individual Practices of Judge Laura Taylor Swain, Individual Practices of Magistrate Judge Gabriel W. Gorenstein and the Electronic Case Filing Rules and Instructions, upon: **United States Attorney for Southern District of New York**, by delivering to and leaving with Calvin Coleman, Legal Tech, a true and correct copy of said documents.

    At the time of said service, Calvin Coleman, stated that he is duly authorized to accept service of legal documents behalf of the United States Attorney for Southern District of New York and acknowledged service by date stamping and signing a copy of the aforementioned Summons.

    Calvin Coleman is described as a Black male, approximately 25-32 years of age, 160-175 lbs, 5'9"-5'11" tall, and has black hair.

                                                                             _____
                                                                               Daymonia Ramsay

Sworn to before me this
21st day of September, 2011.

_____
Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2013*