# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Southern District of New York

**American Civil Liberties Union, et al**

    Plaintiff(s),

vs.

**Federal Bureau of Investigation, et al**

    Defendant(s).

Attorney: Charles S. Sims

Proskauer Rose LLP
11 Times Square
New York NY 10036

*50105*

**Case Number: 11CIV6398**

Legal documents received by Preemptive Process Servers on **09/16/2011** at **2:54 PM** to be served upon **Federal Bureau of Investigation**, at **935 Pennsylvania Ave., NW , Washington, DC, 20535**

I, **Brandon Snesko**, swear and affirm that on **September 16, 2011** at **4:10 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Individual Practices of Judge Laura Taylor Swain; Individual Practices of Magistrate Judge Gabriel W. Gorenstein; ECF Rules & Instructions** to Val Burton as Administrative Assistant & Authorized Agent at **935 Pennsylvania Ave., NW , Washington, DC 20535** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'9"–6'0" Weight: 161–200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Snesko**
Process Server

**Preemptive Process Servers**
**176-37 120th Ave.**
**Jamaica NY 11434-1927**

718-341-9960

Internal Job ID:50105

District of Columbia: SS
Subscribed and Sworn to before me, this 22nd day of September, 2011

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012