AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

ACLU et al.

            Plaintiff (s),

V.

FBI & DOJ

            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: ___11 Civ. 6398 (LTS)___

Notice is hereby given that, subject to approval by the court, ___FBI and DOJ___ substitutes
(Party (s) Name)

___Jeffrey Oestericher___, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of ___Brian K. Morgan___.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         ___U.S. Attorney's Office, SDNY___

    Address:            ___86 Chambers Street, 3rd Floor, NY, NY 10007___

    Telephone:         ___(212) 637-2698___   Facsimile ___(212) 637-2730___

    E-Mail (Optional):   ___jeffrey.oestericher@usdoj.gov___

I consent to the above substitution.

Date: _____

(Signature of Party (s))

I consent to being substituted.

Date: ___1/13/2012___

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: ___2/10/12___

/s/ Jeffrey Oestericher
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ___2/15/2012___

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]