UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>                          Plaintiffs,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                          Defendants. | 11 Civ. 6398 (LTS)<br><br>ECF CASE<br><br>**NOTICE OF WITHDRAWAL OF RICHARD I. HADDAD** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Please withdraw the appearance of Richard I. Haddad as counsel of record for Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation. The law firm of Proskauer Rose LLP will continue to represent Plaintiffs in this matter.

Dated: May 7, 2012

                                          Respectfully submitted,

                                          /s/ Richard Haddad
                                          Richard I. Haddad (RH-7270)
                                          rhaddad@proskauer.com

                                          PROSKAUER ROSE LLP
                                          Eleven Times Square
                                          New York, New York 10036
                                          Phone: (212) 969-3000
                                          Fax: (212) 969-2900

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

            /s/ Richard I. Haddad_____
            Richard I. Haddad

Alexander Abraham Abdo
American Civil Liberties Union, Women's Rights Proj
125 Broad Street
New York, NY 10004
(212) 549-2500 x2517
Email: aabdo@aclu.org

Charles S. Sims
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212.969.3000
Email: csims@proskauer.com

Jameel Jaffer
American Civil Liberties Union Foundation (NYC)
125 Broad Street
18th Floor
New York, NY 10004
(212) 549-7814
Email: jjaffer@aclu.org

Jeffrey Stuart Oestericher
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
212-637-2200
Email: Jeffrey.Oestericher@usdoj.gov