

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

              Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES DEPARTMENT OF JUSTICE,

              Defendants.

11 Civ. 6398 (LTS)

ECF CASE

**JOINT STIPULATION OF DISMISSAL**

---

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendants Federal Bureau of Investigation and United States Department of Justice, through their respective and undersigned counsel, that the above-caption action and all causes of action that were or could have been asserted therein be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 27, 2012

                                            Stuart A. Youngs
                                            PROSKAUER ROSE LLP
                                            Eleven Times Square
                                            New York, New York 10036
                                            Phone: (212) 969-3000
                                            Fax: (212) 969-2900
                                            Email: syoungs@proskauer.com

Alexander A. Abdo
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Phone: 212-549-2500
Fax: 212-549-2654
Email: aabdo@aclu.org

Jeffrey Stuart Oestericher
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
Phone: 212-637-2200
Fax: 212-637-2730
Email: Jeffrey.Oestericher@usdoj.gov

The Clerk of Court is requested to close this case.

**So Ordered:**

Hon. Laura T. Swain, U.S.D.J.

Dated: 11/28/12